UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 10-14190-CIV-GRAHAM/WHITE

MARIO BETANCOURT,

    Petitioner,

vs.

EDWIN G. BUSS,

    Respondent.
_____/

    **THIS CAUSE** comes before the Court upon Marion Betancourt's <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1].

    **THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge White has issued a Report and Recommendation [D.E. 16] (the "Magistrate Judge's Report") for this Court's consideration recommending that the petition be denied. Petitioner has not filed objections to the report.

    **THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 16] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** the Mario Betancourt's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Counsel of Record
    Mario Betancourt, pro se